**Opinion issued June 20, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-22-00723-CV

————————————

## GUADALUPE ZERMENO AND ILDEFONSO ZERMENO, Appellants

## V.

## CAROLYN STONE, Appellee

---

### On Appeal from the 234th District Court
### Harris County, Texas
### Trial Court Case No. 2022-33380-7

---

## MEMORANDUM OPINION

On October 5, 2022, appellants, Guadalupe Zermeno and Ildefonso Zermeno, filed a notice of appeal from the trial court's October 3, 2022 order granting the motion to dismiss of appellee, Carolyn Stone. On June 1, 2023, appellants,

representing that they had "entered into a Release of Judgment" with appellee, filed a "Motion to Voluntarily Dimiss Appeal."

In their motion, appellants stated that they had entered into a "Confidential Settlement Agreement" with appellee "which non-suited all claims asserted by all the parties." Based on this agreement with appellee, appellants requested that the "Court dismiss the appeal and remand the case to the trial court for final rendition of judgment in accordance with the Confidential Settlement Agreement and the Release of Judgment." *See* TEX. R. APP. P. 42.1(a)(2)(B). Appellants' motion further stated that "[a]ll appellate costs are to be borne by the party incurring the same." *See* TEX. R. APP. P. 42.1(d).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). Appellants' motion does not include a certificate of conference stating that appellants conferred, or made a reasonable attempt to confer, with appellee regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellants' motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellants' motion, dismiss the appeal, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e). We direct the Clerk of this

Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.